Taylor N. Rollinson, IL SBN 6293657
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone: 312.558.1220
taylor.rollinson@ogletreedeakins.com

Attorneys for Defendant Velocity Technology Solutions, et al.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Garrison Jones,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Velocity Technology Solutions, et al.,<br><br>　　　　　Defendant. | No. 1:18-cv-03288<br>Honorable Ruben Castillo<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL** |

　　　Pursuant to Federal Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties request that the above-captioned action be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side. Plaintiff Garrison Jones has expressly authorized Velocity Technology Solutions' legal counsel, Ogletree Deakins, to file this stipulation for voluntary dismissal with prejudice and the proposed Order with the Court.

Ogletree, DEAKINS, NASH,
Smoak & Stewart, P.C.
2415 East Camelback Road, Suite 800

RESPECTFULLY SUBMITTED this ____ day of August 2018.

_[signature]_____

Garrison Jones
705 W. Liberty
Wheaton, Illinois 60187
garrison.jones@outlook.com

/s/ Taylor N. Rollinson
One of the Attorneys for Defendant

Taylor N. Rollinson
**OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
taylor.rollinson@ogletreedeakins.com

Attorneys for Defendant Velocity Technology Solutions, et al.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 East Camelback road, Suite 800
Phoenix, Arizona 85016

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System, which will send notification of such filing to parties of record.

Garrison Jones
705 W. Liberty
Wheaton, Illinois 60187
garrison.jones@outlook.com


s/ Taylor N. Rollinson

34178407.2

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016