JM

**FILED**

EC DEC 13 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.s Clerk of court                    December 8, 2019

U.S. District Court of Northern Illinois

Everett McKinley Derksen

219 S. Dearborn Street

Chicago, Illinois 60604

Re: Motion case number 1:18-cv-03288    Instructions

Enclosed please find 3 copies of motion to vacate in case number. 1:18-cv-03288. Two court copies and in deprecate envelope in black binder courtesy copy for the judge.

In addition self-addressed stamped envelope for the return of filed clerk stamped first page of the motion. I don't need the other pages. In addition there are 3 copies of a CD.
2 clerk copies and 1 for courtesy copy for the judge. The CD is a crucial exhibit.
As well it is my understanding that case will be reassigned due to retirement if Chief Judge originally assigned. Please return the name of new judge with plaintiff cover page.
for the clerk court that is an exhibit.

In addition please ask judge Pallmeyer to forward Lett's sent to the new judge. They were sent to her under the assumption that she would take over the case.

I can be reached at garrison.jones@outlook. com for any issues that arrive related to this filing

Regards                                    *[signature: Garrison Jones]*