# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 6, 2020

| No. 20-1013 | GARRISON JONES,<br>Plaintiff - Appellant<br><br>v.<br><br>VELOCITY TECHNOLOGY SOLUTIONS, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |

District Court No: 1:18-cv-03288
Northern District of Illinois, Eastern Division
District Judge Jorge L. Alonso

The following is before the court: **MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS**, filed on January 6, 2020, by the pro se appellant.

The pro se appellant has erroneously filed the motion for leave to appeal in forma pauperis in this court. The pro se appellant should have filed the motion in the district court in the first instance. Accordingly,

**IT IS ORDERED** that the clerk of this court transfer the motion to the clerk of the district court for a ruling on the motion, along with a copy of this order. The pro se appellant is reminded that if the district court denies the in forma pauperis motion, he/she must refile the motion in this court pursuant to Fed. R. App. P. 24.

form name: **c7_Order_transferMotIFP**(form ID: **182**)