# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

July 21, 2020

*By the Court:*

| | |
|---|---|
| No. 20-1013 | GARRISON JONES, <br> Plaintiff - Appellant <br><br> v. <br><br> VELOCITY TECHNOLOGY SOLUTIONS, et al., <br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:18-cv-03288 <br> Northern District of Illinois, Eastern Division <br> District Judge Jorge L. Alonso | |

This cause, docketed on January 3, 2020, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**(form ID: **137**)